[DO NOT PUBLISH]

IN THE UNITED STATES COURT OF APPEALS

FOR THE ELEVENTH CIRCUIT
_____

No. 19-12995
Non-Argument Calendar
_____

D.C. Docket No. 1:18-cr-00011-ALB-SMD-8

UNITED STATES OF AMERICA,

Plaintiff-Appellee,

versus

ERVIN BRADHAM,

Defendant-Appellant.
_____

Appeal from the United States District Court
for the Middle District of Alabama
_____

(June 10, 2020)

Before WILSON, JORDAN and BRANCH Circuit Judges

PER CURIAM:

The Government's motion to dismiss this appeal pursuant to the appeal

waiver in Appellant's plea agreement is GRANTED.  *See United States v. Bushert*,

997 F.2d 1343, 1350-51 (11th Cir. 1993) (appeal waiver will be enforced if it was

made knowingly and voluntarily); *see also United States v. Bascomb*, 451 F.3d 1292, 1297 (11th Cir. 2006) (appeal waiver "cannot be vitiated or altered by comments the court makes during sentencing"); *United States v. Grinard-Henry*, 399 F.3d 1294, 1296 (11th Cir. 2005) (waiver of the right to appeal includes waiver of the right to appeal difficult or debatable legal issues or even blatant error).